**FILED**
CLERK, U.S. DISTRICT COURT

August 23, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LETICIA IGELSIAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation doing business as TARGET; and DOES 1 to 25, Inclusive,<br><br>Defendants. | **CASE NO. 2:20-CV-09766-SB-GJSx**<br><br>Judge: Stanley Blumenfeld, Jr.<br>Courtroom: 6C<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Action filed:   October 23, 2020<br>State Action Filed:    July 10, 2020 |

On August 20, 2021, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein, with prejudice, to the Court. Accordingly, this action and all claims herein are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  August 23, 2021

Stanley Blumenfeld, Jr.
United States District Judge

1